UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00583

**Mark Wayne Palmer, Jr.,**
*Plaintiff,*

v.

**Director, TDCJ,**
*Defendant.*

### ORDER

Petitioner, proceeding pro se and in forma pauperis, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Doc. 1. The case was referred to a magistrate judge (Doc. 2), who issued a report recommending that the court deny the petition, dismiss the case with prejudice, and deny a certificate of appealability. Doc. 20 at 6. Petitioner filed no written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition is denied and the case is dismissed with prejudice. A certificate of appealability is denied sua sponte. Any pending motions are denied as moot.

*So ordered by the court on November 5, 2025.*

J. CAMPBELL BARKER
United States District Judge